Entered on Docket
June 11, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Arnold L. Graff (SBN 269170)
agraff@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

The following constitutes
the order of the court. Signed June 11, 2015

_____
Charles Novack
U.S. Bankruptcy Judge

Attorneys for Movant,
Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>EULA DIGGINS,<br><br>Debtor. | Case No. 14-41977-CN<br><br>Chapter 13<br><br>R.S. No. ALG-092<br><br>**ORDER ON STIPULATION GRANTING ADEQUATE PROTECTION**<br><br>DATE: June 12, 2015<br>TIME: 10:00 a.m.<br>CTRM: 1300 Clay Street, Ctrm 215<br>Oakland, CA 94612 |

The parties having agreed to the terms set forth in the Stipulation Granting Adequate Protection are bound by the terms of their stipulation. The Stipulation Granting Adequate Protection, docket entry number 50, is hereby approved and made an order of the court.

** END OF ORDER **

-1-    CASE NO. 14-41977-CN
**ORDER ON STIPULATION GRANTING ADEQUATE PROTECTION**

## **COURT SERVICE LIST**

Eula Diggins
865 Arlington Ave.
Oakland, CA 94608